# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KRISTOPHER GERRY,<br><br>　　　　　　Defendant. | Case No.: 2:15-cr-00251-GMN-CWH<br><br>ORDER FOR TEMPORARY TRANSFER OF CUSTODY |

　　　The Court, being fully advised and at the request of the United States for temporary release of defendant Kristopher Gerry to the United States Air Force on or about Wednesday, December 9, 2015, at 8 a.m., for the limited purpose of attending his discharge board hearing with the United States Air Force, finds that the United States' request is reasonable.

　　　IT IS HEREBY ORDERED that, at the request of the United States Air Force, the defendant Kristopher Gerry shall be temporarily released from the custody of the United States Marshal Service to the United States Air Force for the limited purpose of attending his discharge board hearing.

　　　There will be at least two United States Air Force law enforcement members with the defendant at all times. If held overnight, the defendant shall be held at the confinement facility on base. The defendant will be returned by the United States Air Force to the custody of the United States Marshal Service on or before December 10, 2015.

　　　DATED this  1st  day of  December , 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2