

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-251-GMN-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| KRISTOPHER GERRY, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant Kristopher Gerry to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Kristopher Gerry pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 33; Plea Agreement, ECF No. 35; Preliminary Order of Forfeiture, ECF No. 40.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 20, 2016, through June 18, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 41.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the property named herein and
2  the time for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all
4  right, title, and interest in the property hereinafter described is condemned, forfeited, and vested
5  in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R.
6  Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21,
7  United States Code, Section 853(n)(7) and shall be disposed of according to law:
8      1.    Dell Desktop Computer F40LG31;
9      2.    HP Envy Laptop;
10     3.    Toshiba Laptop Computer 79376964Q;
11     4.    Toshiba Laptop 86311899Q;
12     5.    Western Digital (WD) My Passport External Hard Disk Drive (EXHDD) - USB
13     WX91A64;
14     6.    WD EXHDD WXC1A74452RU;
15     7.    WD EXHDD WXE1A81U9271;
16     8.    WD EXHDD WXD1A51K7752;
17     9.    Toshiba EXHDD 442zSFKXSTT1;
18     10.    WD EXDHH WXL1AAOY0866;
19     11.    Toshiba EXHDD Z1BRTOJ4TQ11;
20     12.    WD EXHDD WXB1C10F3854;
21     13.    WD EXTERNAL USB HDD WXF1A72C8790;
22     14.    WD EXHDD WX51C10C5992; and
23     15.    WD EXHDD WCANM9447474
24 (all of which constitutes property).
25 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
26 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this ___ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE